**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7         IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9         SAN JOSE DIVISION

10   TOM LUU,                                   CASE NO. 5:11-cv-01523 EJD (HRL)

11                                              **ORDER DISSOLVING STAY;**
              Plaintiff(s),                     **SCHEDULING CASE MANAGEMENT**
12        v.                                    **CONFERENCE**

13   ALLSTATE INSURANCE COMPANY,

14
              Defendant(s).
15   _____/

16         The court, having been notified by Defendant that the uninsured motorist arbitration has been

17   completed, hereby DISSOLVES the stay previously imposed on August 2, 2011.  <u>See</u> Docket Item

18   No. 21.

19         The further schedules this case for a Case Management Conference on **October 28, 2011, at**

20   **10:00 a.m.**  The parties shall file a Joint Case Management Statement on or before **October 21,**

21   **2011.**

22   **IT IS SO ORDERED.**

23

24   Dated:  September 20, 2011                        _____
                                                       EDWARD J. DAVILA
25                                                     United States District Judge

26
27
28

                                            1
CASE NO. 5:11-cv-01523 EJD
ORDER DISSOLVING STAY; SCHEDULING CASE MANAGEMENT CONFERENCE (EJDLC1)