**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOM LUU, | CASE NO. 5:11-cv-01523 EJD (HRL) |
| Plaintiff(s), | **ORDER DISSOLVING STAY; SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant(s). | |

The court, having been notified by Defendant that the uninsured motorist arbitration has been completed, hereby DISSOLVES the stay previously imposed on August 2, 2011.  See Docket Item No. 21.

The further schedules this case for a Case Management Conference on **October 28, 2011, at 10:00 a.m.**  The parties shall file a Joint Case Management Statement on or before **October 21, 2011.**

**IT IS SO ORDERED.**

Dated:  September 20, 2011

EDWARD J. DAVILA
United States District Judge