Teresa Thu-Hung (SBN 244133)
John W. Watson (SBN 122496)
Law Offices of Teresa Thu-Hung Nguyen and Associates
730 Story Road, #4
San Jose, CA 95122
(408)275-1626

Attorneys for Plaintiff, Tom Luu

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LUU, | Case No.: CV-11-01523 EJD |
| Plaintiff, | **STIPULATION AND ORDER REGARDING EARLY NEUTRAL EVALUATION** |
| vs. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

**STIPULATION**

Come now the parties, Tom Luu and Allstate Insurance Company, and through their attorneys, stipulate as follows:

1. The early neutral evaluation currently scheduled for January 25, 2012, and the exchange of early neutral evaluation statement, currently scheduled for exchange for January 19, 2012 are to be re-calendared after the Court hears and decides the motion by plaintiff for an

///

///

///

///

order to remand this case to the state court, currently scheduled for March 2, 2012.

| For Plaintiff, Tom Luu | For Defendant, Allstate Insurance Company |
|---|---|
| Dated: January 12, 2012 | Dated: January \_\_\_\_\_, 2012 |

*John W. Watson* (signature)

John W. Watson

Jeffry Butler

## ORDER OF COURT

Upon the application and stipulation by the parties' attorneys, and for good cause shown,

IT IS ORDERED that the early neutral evaluation currently scheduled for January 25, 2012 is stayed until after plaintiff's motion to remand case to state court, currently set for March 2, 2012.

IT IS ALSO ORDERED that the dates for the exchange for early neutral evaluation statements, currently scheduled for January 19, 2012, be reset for one week prior to the date the early neutral evaluation is reset.

Dated: January 17, 2012

*Edward J. Davila* (signature)

Edward J. Davila,
Judge of the District Court,
Northern District of California

Case No.: CV 11-01523 JF

- 2 -

STIPULATION AND ORDER RE
EARLY NEUTRAL EVALUANTION