TERESA THU-HUNG (State Bar No. 244133)
JOHN W. WATSON (State Bar No. 122496)
LAW OFFICES OF TERESA THU-HUNG NGUYEN & ASSOC.
730 Story Road, #4
San Jose, California  95122
Telephone:   (408) 275-1626
Email:        jonwwatson@msn.com

Attorneys for Plaintiff
TOM LUU

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
JONE TRAN (State Bar No. 239311)
SNR DENTON US LLP
2121 N. California Blvd., Ste. 800
Walnut Creek, California  94596
Telephone:   (925) 949-2600
Facsimile:   (925) 949-2610
Email:        cynthia.mellema@snrdenton.com
              jeffry.butler@snrdenton.com
              jone.tran@snrdenton.com

Attorneys For Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LUU,<br><br>        Plaintiff,<br><br>   vs.<br><br>ALLSTATE INSURANCE COMPANY<br>and DOES 1 through 50, inclusive,<br><br>       Defendants. | No. 5:11-CV-01523 EJD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

SNR DENTON US LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

1        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate

2    that this action shall be DISMISSED in its entirety WITH PREJUDICE.  Each side shall bear its

3    own fees and costs.

4        IT IS SO STIPULATED.

5

6    Dated:  February 7, 2012          LAW OFFICES OF TERESA THU-HUNG
                                        NGUYEN & ASSOC.
7

8

9                                 By _____/s/_____
                                       JOHN W. WATSON

10                                Attorneys for Plaintiff
                                TOM LUU
11

12   Dated:  February 14, 2012         SNR DENTON US LLP

13

14                               By_____/s/_____
                                       JEFFRY BUTLER
15

16                                Attorneys for Defendant
                                ALLSTATE INSURANCE COMPANY
17

18

19     IT IS SO ORDRED.

20    The Clerk shall close the file.

21    Dated:  February 16, 2012        _____

22                                United States District Judge

23

24

25

26

27

28

SNR DENTON US LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

Case No. No. 5:11-CV-01523 EJD             STIPULATION FOR DISMISSAL
                                              WITH PREJUDICE