1  TERESA THU-HUNG (State Bar No. 244133)
   JOHN W. WATSON (State Bar No. 122496)
2  LAW OFFICES OF TERESA THU-HUNG NGUYEN & ASSOC.
   730 Story Road, #4
3  San Jose, California  95122
   Telephone:  (408) 275-1626
4  Email:      jonwwatson@msn.com

5  Attorneys for Plaintiff
   TOM LUU

6  CYNTHIA L. MELLEMA (State Bar No. 122798)
7  JEFFRY BUTLER (State Bar No. 180936)
   JONE TRAN (State Bar No. 239311)
8  SNR DENTON US LLP
   2121 N. California Blvd., Ste. 800
9  Walnut Creek, California  94596
   Telephone:  (925) 949-2600
10 Facsimile:  (925) 949-2610
   Email:      cynthia.mellema@snrdenton.com
11             jeffry.butler@snrdenton.com
               jone.tran@snrdenton.com
12
   Attorneys For Defendant
13 ALLSTATE INSURANCE COMPANY

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17

| | |
|---|---|
| TOM LUU,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY<br>and DOES 1 through 50, inclusive,<br><br>            Defendants. | No. 5:11-CV-01523 EJD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE.  Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

Dated:  February 7, 2012         LAW OFFICES OF TERESA THU-HUNG NGUYEN & ASSOC.


By _____/s/_____
            JOHN W. WATSON

Attorneys for Plaintiff
TOM LUU

Dated:  February 14, 2012        SNR DENTON US LLP


By_____/s/_____
           JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY


IT IS SO ORDRED.
The Clerk shall close the file.

Dated:  February 16, 2012        _____
                                  United States District Judge

- 2 -

Case No. No. 5:11-CV-01523 EJD                    STIPULATION FOR DISMISSAL
                                                             WITH PREJUDICE